IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 08-CR-62 (HL) |
| KEARY MAURICE WHISBY, | VIOLATION(S): Drug Related |
| Defendant | |

O R D E R

Before the court is the GOVERNMENT'S AMENDED MOTION TO REDUCE BOND (Tab #112) which asks the court to reduce defendant KEARY MAURICE WHISBY's bond from $15,000 - 10% cash to $15,000 - 5% cash. No reason for seeking this reduction is given save that defendant Whisby is unable to meet the 10% cash requirement but has the ability to satisfy a 5% cash requirement. Counsel for defendant Whisby concurs with the government's motion. Tab #115.

Upon review of the Pretrial Services Report dated October 6, 2008, prepared by the U. S. Probation Office, the undersigned notes numerous instances since 1998 when defendant Whisby has been charged with violating state drug laws. Although many have been dismissed or were dead docketed, an August 16, 2002 conviction is the Superior Court of Bibb County, Georgia for the offense of SALE/DISTRIBUTION OF COCAINE appears on this defendant's record. Of significance is the fact that while on probation for this offense, the charges set forth in the indictment herein are alleged to have occurred.

It is the belief of the undersigned that the conditions of relief heretofore imposed are necessary and appropriate to insure this defendant's future appearance in court and the safety of the community. Accordingly, the government's motion is DENIED.

SO ORDERED AND DIRECTED, this 21st day of OCTOBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE