IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 08-CR-62 (CAR) |
| | **Violation(s): Drug Related** |
| KEARY MAURICE WHISBY, | |
| Defendant | |

## ORDER MODIFYING CONDITIONS OF RELEASE

This court has heretofore entered an Order of Release as to the above-named defendant setting conditions upon which he could be released from the custody of the United States. Among those conditions of release is the requirement that defendant post ten percent (10%) of a secured bond of $15,000.00. The undersigned has previously denied a request filed by the government to reduce this bond. Tab #116. Defendant WHISBY has now filed a **MOTION TO REDUCE BOND**. Tab #149.

Upon further consideration of the charge against this defendant and a review of his financial condition, the court has determined that said Order of Release should be, and it is, hereby **MODIFIED AND AMENDED** so that the provisions for bond shall be as follows:

*THE DEFENDANT SHALL BE PERMITTED TO EXECUTE A <u>SECURED</u> BOND IN THE AMOUNT OF* **FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000.00),** provided he may satisfy this condition by posting FIVE PERCENT (5%) of said amount in cash with the Clerk of Court.

All other provisions of said Order of Release shall remain in full force and effect.

SO ORDERED AND DIRECTED, this 12th day of JANUARY, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE